IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FERREN S. RAJPUT

    Defendant.

Case No. 1:18-cv-02731-STV

**JUDGMENT**

On December 17, 2019, the United States and Ferren S. Rajput jointly filed a Stipulation to Enter Judgment. In light of the stipulation, it is hereby ORDERED and ADJUDGED as follows:

    1.    Judgment is hereby entered in favor of the United States and against Ferren S. Rajput.

    2.    As of September 18, 2019, Mr. Rajput agrees that he owes $1,395,869.68 for income tax periods 2001, 2002, 2003, 2006, 2007, and 2011. Interest shall continue to accrue on this amount as permitted under 26 U.S.C §§ 6601, 66621, 28 U.S.C § 1961(c)(1), as well as other statutory additions as provided by law from September 18, 2019, until paid.

    3.    As of September 4, 2019, Mr. Rajput agrees that he owes $810,386.44 for the Trust Fund Recovery Penalties assessed against him for tax periods 2002-12, 2003-09, and 2003-12. Interest shall continue to accrue on this amount as permitted under 26 U.S.C §§ 6601, 66621, 28 U.S.C § 1961(c)(1), as well as other statutory additions as provided by law from September 4, 2019, until paid.

4. The parties shall bear their own respective costs related to this litigation, including any possible attorney's fees.

Dated this __17th__ day of December, 2019.

                                            s/Scott T. Varholak
                                            SCOTT T. VARHOLAK
                                            United States Magistrate Judge